**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 5, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00129-CV

---

### IN RE TRAVIS DEAN LAQUA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-00115**

---

## MEMORANDUM OPINION

On February 24, 2023, relator Travis Dean Laqua filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Angela

Lancelin, presiding judge of the 245th District Court of Harris County, to set aside her February 1, 2023 amended default temporary orders.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our stay entered on March 9, 2023.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.